IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 20-632-CFC-JLH ) |
| AUROBINDO PHARMA, LTD., *et al.*, | ) ) |
| Defendants. | ) ) |

## STIPULATION AND [PROPOSED] ORDER

By virtue of a settlement agreement between the parties, and pursuant to Federal Rules of Civil Procedure 41(a)(l) and 41(c), Plaintiffs Teva Pharmaceuticals International GmbH, Cephalon, Inc., and Eagle Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., and Eugia Pharma Specialities, Inc. (collectively, "Aurobindo") hereby stipulate and agree that Plaintiffs' action against Aurobindo with respect to Aurobindo's ANDA Product, including all claims and defenses asserted by Plaintiffs against Aurobindo and all claims and defenses asserted by Aurobindo against Plaintiffs with respect to Aurobindo's ANDA Product, are hereby dismissed with prejudice.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Nathan R. Hoeschen | /s/ Cortlan S. Hitch |
| John W. Shaw (No. 3362) | Kenneth L. Dorsney (#3726) |
| Karen E. Keller (No. 4489) | Cortlan S. Hitch (#6720) |
| Nathan R. Hoeschen (No. 6232) | MORRIS JAMES LLP |
| SHAW KELLER LLP | 500 Delaware Avenue, Suite 1500 |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 888-6800 |
| Wilmington, DE 19801 | kdorsney@morrisjames.com |
| (302) 298-0700 | chitch@morrisjames.com |
| jshaw@shawkeller.com | *Attorneys for Defendants* |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

Dated: October 20, 2021

IT IS SO ORDERED this 20th day of October, 2021

_____
The Honorable Colm F. Connolly

2